FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2015 JUN -3 PM 2: 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO: SA15CR0388 DAE |
| Plaintiff, | § | **INDICTMENT** |
| VS. | § § | [Ct 1: 18 U.S.C. §922(g)(1) |
| ALEJANDRO ISAAC, | § § | Felon in Possession of a firearm] |
| Defendant. | § § § | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 922(g)(1)]

On or about December 17, 2014, in the Western District of Texas, Defendant,

**ALEJANDRO ISAAC,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, ammunition and firearms, to wit: a Taurus, model PT 24/7 PRO C DS, .40 caliber pistol, serial number SCW24611 and a Masterpiece Arms, 9mm pistol, serial number F22792, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearms Violations and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice to Defendant **ALEJANDRO ISAAC** of its intent to seek the forfeiture of

the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

>**Title 18 U.S.C. § 924. Penalties**
>**(d)(1)** Any firearm or ammunition involved in or used in knowing violation of subsection . . . (g) . . . of section 922. . .shall be subject to seizure and forfeiture . . . under the provisions of this chapter . . . .

This Notice of Demand for Forfeiture includes but is not limited to the following property:

1. **Taurus, model PT 24/7 PRO C DS, .40 caliber pistol, serial number SCW24611;**
2. **Masterpiece Arms, 9mm pistol, serial number F22792;** and
3. **Any related ammunition and firearm accessories.**

A TRUE BILL



ND JURY

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

BY: /s/ Sarah Wannarka
SARAH WANNARKA
Assistant United States Attorney

2