UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-15-CR-388 |
| ALEJANDRO ISAAC | § § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES John R. Carter, Assistant Federal Public Defender and enters his appearance as counsel for the defendant in the above-styled and numbered cause.

                                Respectfully submitted,

                                MAUREEN SCOTT FRANCO
                                Federal Public Defender

                                /s/JOHN R. CARTER
                                Assistant Federal Public Defender
                                727 E. César E. Chávez Blvd., Suite B-207
                                San Antonio, Texas 78206-1205
                                State Bar No.  03921100
                                Tel.: 210-472-6700
                                Fax: 210-472-4454

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of June, 2015, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Sarah Wannarka
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

                                /s/ JOHN R. CARTER
                                Assistant Federal Public Defender